IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH D. HEWITT, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | No. CIV-08-229-C |
| | ) | |
| DAVID PARKER, Warden, | ) | |
| | ) | |
| Respondent | ) | |

ORDER OF TRANSFER

This action for habeas corpus relief brought by a state prisoner, proceeding pro se, was referred to United States Magistrate Judge Valerie K. Couch, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Couch entered a Report and Recommendation on March 6, recommending transfer to the Northern District of Oklahoma.

No party has filed an objection to the Report and Recommendation of the Magistrate Judge. In fact, Petitioner filed a Motion for Leave to Supplement Petition for Writ of Habeas Corpus on April 18, in a pleading describing the case as arising in the Northern District of Oklahoma. The Court takes this as acquiescence to a transfer of jurisdiction to the Northern District, and accordingly, the Report and Recommendation of the Magistrate Judge is adopted, in its entirety, and this action is transferred to the Northern District of Oklahoma, along with the Motion for Leave to Supplement Petition. Petitioner is advised, however, that

future pleadings must be sent to the Clerk of Court of the Northern District of Oklahoma, in Tulsa, Oklahoma, rather than to this District.

    IT IS SO ORDERED this 21st day of April, 2008.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge